O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HEDMAN, ) | CASE NO. CV 12-08790 AG (RZ) |
| Petitioner, ) ) | JUDGMENT |
| vs. ) ) | |
| DOMINGO URIBE, JR., WARDEN, ) ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of RENE HEDMAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 31, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE